**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

        **v.**

**NISHITH PATEL**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 75 September Term, 2020**

\*     **(No. 484952-C, Circuit Court for Montgomery County)**

\*

## O R D E R

Upon consideration of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Nishith Patel, it is this 14th day of May, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Nishith Patel, be, and he hereby is, REPRIMANDED for violating Rules 1.4, 1.7, 1.15, 8.1(b), and 8.4(d) of the Maryland Rules of Professional Conduct.

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk